**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: PURL, BRADLEY J. § Case No. 17-17177
PURL, RACHAEL § 
 § 
 § 
Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 06/05/2017. The undersigned trustee was appointed on 06/05/2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of        $         20,000.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 4.00 |
| Bank service fees | 116.20 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 19,879.80 |

The remaining funds are available for distribution.

---
[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 02/16/2018 and the deadline for filing governmental claims was 02/16/2018. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,750.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $0.00 as interim compensation and now requests the sum of $2,750.00, for a total compensation of $2,750.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00 for total expenses of $0.00[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/29/2018    By: /s/ David R. Brown
                                                       Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

Form 1

## Individual Estate Property Record and Report
### Asset Cases

Exhibit A
Page: 1

| | |
|---|---|
| **Case No.:** 17-17177 | **Trustee Name:** (330580) David R. Brown |
| **Case Name:** PURL, BRADLEY J. / PURL, RACHAEL | **Date Filed (f) or Converted (c):** 06/05/2017 (f) |
| | **§ 341(a) Meeting Date:** 07/11/2017 |
| **For Period Ending:** 06/29/2018 | **Claims Bar Date:** 02/16/2018 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1502 Terrance Dr., Naperville, IL 60565-0000, DuPage County<br>Single-family home, Primary Residence. Entire property value: $450,000.00 | 450,000.00 | 0.00 | | 0.00 | FA |
| 2 | 1944 Chase Lane, Aurora, IL 60502-0000, Kane County<br>Condominium or cooperative, Figures for this property represent the Debtor's one-half interest in his Mother-in-law's primary residence.. Entire property value: $90,000.00 | 90,000.00 | 20,443.00 | | 20,000.00 | 70,000.00 |
| 3 | 16626 W. 159th St., Lockport, IL 60441-0000, Will County<br>Other: Office building, Debtor 1 is 1/3 owner of building. Building is the first of two buildings owned by Easy Living Properties. Current value respresents debtor's portion of ownership.. Entire property value: $216,667.00 | 216,667.00 | 0.00 | | 0.00 | FA |
| 4 | 16624 W. 159th St., Lockport, IL 60441-0000, Will County<br>Condominium or cooperative, Debtor 1 is 1/3 owner of building. Building is the first of two buildings owned by Easy Living Properties. Current value respresents debtor's portion of ownership.. Entire property value: $216,667.00 | 216,667.00 | 0.00 | | 0.00 | FA |
| 5 | 2014 Ford Explorer, 49,822 miles<br>Entire property value: $14,095.00 | 14,095.00 | 0.00 | | 0.00 | FA |
| 6 | 2008 Nissan Altima, 118,593 miles<br>Entire property value: $2,388.00 | 2,388.00 | 0.00 | | 0.00 | FA |
| 7 | 2015 Honda Accord, 20,614 miles<br>Entire property value: $13,623.00 | 13,623.00 | 0.00 | | 0.00 | FA |
| 8 | Refrigerator, gas stove, electric stove, dishwasher, washer and dryer, dining room table and 8 chairs, buffet, kitchen table and 6 chairs, 2 couches, table, love seat, 2 club chairs, office desk with book shelves, outdoor patio table with 6 chairs, 1 king-sized bed, 2 dressers with matching side tables, 1 queen-sized bed, 1 twin-sized bed frame, 1 twin-sized daybed, 2 desks, 2 kids dressers, office desk. | 2,500.00 | 0.00 | | 0.00 | FA |
| 9 | (1) 46" television, (1) 32" television, (1) iPad 2, (1) iMac 26" desktop computer, (1) Xbox One video game console | 500.00 | 0.00 | | 0.00 | FA |
| 10 | Work clothing | 300.00 | 0.00 | | 0.00 | FA |
| 11 | Joint Debtor's jewelry: engagement ring, anniversary band, diamond/sapphire ring, diamond earrings, diamon necklace | 5,500.00 | 823.00 | | 0.00 | FA |
| 12 | Checking: Citibank | 323.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 2

**Case No.:** 17-17177
**Case Name:** PURL, BRADLEY J.
PURL, RACHAEL
**For Period Ending:** 06/29/2018

**Trustee Name:** (330580) David R. Brown
**Date Filed (f) or Converted (c):** 06/05/2017 (f)
**§ 341(a) Meeting Date:** 07/11/2017
**Claims Bar Date:** 02/16/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 13 | Easy Living Properties, LLC, 3% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 14 | SC/JABSS United, LLC, 367% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Pension: TransAmerica Retirement Solutions. No cash value. Pension will be paid out to Joint Debtor once she retires. | 0.00 | 0.00 | | 0.00 | FA |
| 16 | IRA/401 (k): Merrill EDGE. 401 (k) was liquidated in January 2017. | 0.00 | 0.00 | | 0.00 | FA |
| 17 | Mutual Fund: MFS - was liquidated in January 2017. | 0.00 | 0.00 | | 0.00 | FA |
| 18 | State Farm - term life insurance policy. Market value: $0.00 Face amount: $1,000,000.00: Rachael Purl via the Bradley Purl Living Trust | 0.00 | 0.00 | | 0.00 | FA |
| 19 | State Farm - term life insurance policy Market value: $0.00 Face amount: $250,000.00: Rachael Purl | 0.00 | 0.00 | | 0.00 | FA |
| 20 | State Farm - term life insurance policy Market value: $0.00 Face amount: $500,000.00: Bradley Purl via the Rachael Purl Living Trust | 0.00 | 0.00 | | 0.00 | FA |
| **20** | **Assets Totals (Excluding unknown values)** | **$1,012,563.00** | **$21,266.00** | | **$20,000.00** | **$70,000.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**          **Current Projected Date Of Final Report (TFR):**

Form 2

Exhibit B
Page: 1

# Cash Receipts And Disbursements Record

| Case No.: | 17-17177 | Trustee Name: | David R. Brown (330580) |
|---|---|---|---|
| Case Name: | PURL, BRADLEY J. / PURL, RACHAEL | Bank Name: | Rabobank, N.A. |
| | | Account #: | ******0500 Checking |
| Taxpayer ID #: | **-***7288 | Blanket Bond (per case limit): | $77,173,558.00 |
| For Period Ending: | 06/29/2018 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/20/17 | {2} | Bradley J Purl | Purchase Debtor equity for 20k - First installment | 1110-000 | 10,000.00 | | 10,000.00 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 9,990.00 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 13.88 | 9,976.12 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 15.78 | 9,960.34 |
| 02/13/18 | 101 | INTERNATIONAL SURETIES, LTD. | BOND # 016073584 | 2300-000 | | 4.00 | 9,956.34 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 13.36 | 9,942.98 |
| 03/05/18 | {2} | Rachael Purl | February payment | 1110-000 | 2,500.00 | | 12,442.98 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 17.17 | 12,425.81 |
| 04/05/18 | {2} | Rachael Purl | Third of five payments | 1110-000 | 2,500.00 | | 14,925.81 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 19.91 | 14,905.90 |
| 05/09/18 | {2} | Rachael C Purl | 3rd of 4 installments for equity in real estate | 1110-000 | 2,500.00 | | 17,405.90 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 26.10 | 17,379.80 |
| 06/07/18 | {2} | Rachael S Purl | final installment on purchase of equity in condo | 1110-000 | 2,500.00 | | 19,879.80 |
| | | **COLUMN TOTALS** | | | 20,000.00 | 120.20 | $19,879.80 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 20,000.00 | 120.20 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $20,000.00 | $120.20 | |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

**Form 2** <span style="float:right">Exhibit B<br>Page: 2</span>

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 17-17177 | **Trustee Name:** | David R. Brown (330580) |
| **Case Name:** | PURL, BRADLEY J.<br>PURL, RACHAEL | **Bank Name:** | Rabobank, N.A. |
| | | **Account #:** | ******0500 Checking |
| **Taxpayer ID #:** | **-***7288 | **Blanket Bond (per case limit):** | $77,173,558.00 |
| **For Period Ending:** 06/29/2018 | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******0500 Checking | $20,000.00 | $120.20 | $19,879.80 |
| | $20,000.00 | $120.20 | $19,879.80 |

UST Form 101-7-TFR (5/1/2011)

Page: 1

# Exhibit C
## Analysis of Claims Register

**Case: 17-17177**  **BRADLEY J. PURL AND RACHAEL PURL**

Claims Bar Date: 02/16/18

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| TR COMP | David R. Brown<br>300 South County Farm Road<br>Suite I<br>Wheaton, IL 60187<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>06/22/18 | | $2,750.00<br>$2,750.00 | $0.00 | $2,750.00 |
| | SPRINGER BROWN, LLC,<br><3110-000 Attorney for Trustee Fees (Trustee Firm)><br>, 200 | Administrative<br>06/22/18 | | $1,727.50<br>$1,727.50 | $0.00 | $1,727.50 |
| 1 | Discover Bank Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>11/28/17 | | $14,643.72<br>$14,643.72 | $0.00 | $14,643.72 |
| 2 | Old Second National Bank<br>37 S River St<br>Aurora, IL 60506<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>01/30/18 | | $1,392,443.44<br>$1,392,443.44 | $0.00 | $1,392,443.44 |
| | | | **Case Total:** | | **$0.00** | **$1,411,564.66** |

UST Form 101-7-TFR (5/1/2011)

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 17-17177
Case Name: BRADLEY J. PURL AND RACHAEL PURL
Trustee Name: David R. Brown

**Balance on hand:**   $              19,879.80

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $        0.00
Remaining balance:   $   19,879.80

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - David R. Brown | 2,750.00 | 0.00 | 2,750.00 |
| Attorney for Trustee Fees - SPRINGER BROWN, LLC | 1,727.50 | 0.00 | 1,727.50 |

Total to be paid for chapter 7 administrative expenses:   $   4,477.50
Remaining balance:   $   15,402.30

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $        0.00
Remaining balance:   $   15,402.30

**UST Form 101-7-TFR(5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 15,402.30 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,407,087.16 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank Discover Products Inc | 14,643.72 | 0.00 | 160.29 |
| 2 | Old Second National Bank | 1,392,443.44 | 0.00 | 15,242.01 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 15,402.30 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  |  |  |
|---|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR(5/1/2011)**