UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **PURL, BRADLEY J.** | ) | Bankruptcy Case No. 17-17177-JSB |
| **PURL, RACHAEL** | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 2, 2018, I served by prepaid first class mail or via electronic service as indicated a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

**VIA ECF SERVICE**

Patrick S. Layng
US Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604

Jon Dowat
40 Shuman Blvd.
Ste 320
Naperville, IL 60563

**VIA REGULAR MAIL**

Bradley &  Rachael Purl
1502 Terrance Dr.
Naperville, IL  60565

Discover Bank
PO Box 3025
New Albany, OH 43054

Old Second National Bank
37 S River St
Aurora, IL 60506

/s/ DAVID R. BROWN, TRUSTEE
DAVID R. BROWN, Trustee
300 S. County Farm Rd., Ste.I
Wheaton, IL 60187
(630) 510-0000