**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: PURL, BRADLEY J. § Case No. 17-17177
       PURL, RACHAEL § 
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    David R. Brown, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $922,563.00 | Assets Exempt: | $10,688.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $15,402.30 | Claims Discharged Without Payment: | $1,465,169.86 |
| Total Expenses of Administration: | $4,597.70 | | |

    3) Total gross receipts of $20,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $20,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,089,233.45 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $4,597.70 | $4,597.70 | $4,597.70 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $73,485.00 | $1,407,087.16 | $1,407,087.16 | $15,402.30 |
| **TOTAL DISBURSEMENTS** | $1,162,718.45 | $1,411,684.86 | $1,411,684.86 | $20,000.00 |

4) This case was originally filed under chapter 7 on 06/05/2017. The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/16/2018           By: /s/ David R. Brown
                                Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1944 Chase Lane, Aurora, IL 60502-0000, Kane County | 1110-000 | $20,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$20,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Ditech | 4110-000 | $69,557.00 | NA | NA | NA |
| N/F | Fifth Third Bank | 4110-000 | $30,878.00 | NA | NA | NA |
| N/F | Honda of Joliet | 4110-000 | $21,279.45 | NA | NA | NA |
| N/F | Old Second Bank | 4110-000 | $233,333.00 | NA | NA | NA |
| N/F | Old Second Bank | 4110-000 | $233,333.00 | NA | NA | NA |
| N/F | PNC Bank Credit Card | 4110-000 | $144,155.00 | NA | NA | NA |
| N/F | Santander Bank Na | 4110-000 | $356,698.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$1,089,233.45** | **$0.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - David R. Brown | 2100-000 | NA | $2,750.00 | $2,750.00 | $2,750.00 |
| Attorney for Trustee Fees - SPRINGER BROWN, LLC | 3110-000 | NA | $1,727.50 | $1,727.50 | $1,727.50 |
| Bond Payments - INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | $4.00 | $4.00 | $4.00 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $116.20 | $116.20 | $116.20 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $4,597.70 | $4,597.70 | $4,597.70 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank Discover Products Inc | 7100-000 | NA | $14,643.72 | $14,643.72 | $160.29 |
| 2 | Old Second National Bank | 7100-000 | NA | $1,392,443.44 | $1,392,443.44 | $15,242.01 |
| N/F | Chase Card | 7100-000 | $24,562.00 | NA | NA | NA |
| N/F | Chase Card | 7100-000 | $16,605.00 | NA | NA | NA |
| N/F | Citicards Cbna | 7100-000 | $18,600.00 | NA | NA | NA |
| N/F | Discover Financial | 7100-000 | $13,718.00 | NA | NA | NA |
| N/F | Easy Living LLC | 7100-000 | $0.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$73,485.00** | **$1,407,087.16** | **$1,407,087.16** | **$15,402.30** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**Form 1**

**Individual Estate Property Record and Report**

**Asset Cases**

Exhibit 8

Page: 1

| Case No.: | 17-17177 |
| --- | --- |
| Case Name: | PURL, BRADLEY J. |
| | PURL, RACHAEL |
| For Period Ending: | 11/16/2018 |

| Trustee Name: | (330580) David R. Brown |
| --- | --- |
| Date Filed (f) or Converted (c): | 06/05/2017 (f) |
| § 341(a) Meeting Date: | 07/11/2017 |
| Claims Bar Date: | 02/16/2018 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 1502 Terrance Dr., Naperville, IL 60565-0000, DuPage County<br>Single-family home, Primary Residence. Entire property value: $450,000.00 | 450,000.00 | 0.00 | | 0.00 | FA |
| 2 | 1944 Chase Lane, Aurora, IL 60502-0000, Kane County<br>Condominium or cooperative, Figures for this property represent the Debtor's one-half interest in his Mother-in-law's primary residence.. Entire property value: $90,000.00 | 90,000.00 | 20,443.00 | | 20,000.00 | 70,000.00 |
| 3 | 16626 W. 159th St., Lockport, IL 60441-0000, Will County<br>Other: Office building, Debtor 1 is 1/3 owner of building. Building is the first of two buildings owned by Easy Living Properties. Current value respresents debtor's portion of ownership.. Entire property value: $216,667.00 | 216,667.00 | 0.00 | | 0.00 | FA |
| 4 | 16624 W. 159th St., Lockport, IL 60441-0000, Will County<br>Condominium or cooperative, Debtor 1 is 1/3 owner of building. Building is the first of two buildings owned by Easy Living Properties. Current value respresents debtor's portion of ownership.. Entire property value: $216,667.00 | 216,667.00 | 0.00 | | 0.00 | FA |
| 5 | 2014 Ford Explorer, 49,822 miles<br>Entire property value: $14,095.00 | 14,095.00 | 0.00 | | 0.00 | FA |
| 6 | 2008 Nissan Altima, 118,593 miles<br>Entire property value: $2,388.00 | 2,388.00 | 0.00 | | 0.00 | FA |
| 7 | 2015 Honda Accord, 20,614 miles<br>Entire property value: $13,623.00 | 13,623.00 | 0.00 | | 0.00 | FA |
| 8 | Refrigerator, gas stove, electric stove, dishwasher, washer and dryer, dining room table and 8 chairs, buffet, kitchen table and 6 chairs, 2 couches, table, love seat, 2 club chairs, office desk with book shelves, outdoor patio table with 6 chairs, 1 king-sized bed, 2 dressers with matching side tables, 1 queen-sized bed, 1 twin-sized bed frame, 1 twin-sized daybed, 2 desks, 2 kids dressers, office desk. | 2,500.00 | 0.00 | | 0.00 | FA |
| 9 | (1) 46" television, (1) 32" television, (1) iPad 2, (1) iMac 26" desktop computer, (1) Xbox One video game console | 500.00 | 0.00 | | 0.00 | FA |
| 10 | Work clothing | 300.00 | 0.00 | | 0.00 | FA |
| 11 | Joint Debtor's jewelry: engagement ring, anniversary band, diamond/sapphire ring, diamond earrings, diamon necklace | 5,500.00 | 823.00 | | 0.00 | FA |
| 12 | Checking: Citibank | 323.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

**Case No.:** 17-17177
**Case Name:** PURL, BRADLEY J.
PURL, RACHAEL
**For Period Ending:** 11/16/2018

**Trustee Name:** (330580) David R. Brown
**Date Filed (f) or Converted (c):** 06/05/2017 (f)
**§ 341(a) Meeting Date:** 07/11/2017
**Claims Bar Date:** 02/16/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 13 | Easy Living Properties, LLC, 3% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 14 | SC/JABSS United, LLC, 367% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Pension: TransAmerica Retirement Solutions. No cash value. Pension will be paid out to Joint Debtor once she retires. | 0.00 | 0.00 | | 0.00 | FA |
| 16 | IRA/401 (k): Merrill EDGE. 401 (k) was liquidated in January 2017. | 0.00 | 0.00 | | 0.00 | FA |
| 17 | Mutual Fund: MFS - was liquidated in January 2017. | 0.00 | 0.00 | | 0.00 | FA |
| 18 | State Farm - term life insurance policy. Market value: $0.00 Face amount: $1,000,000.00: Rachael Purl via the Bradley Purl Living Trust | 0.00 | 0.00 | | 0.00 | FA |
| 19 | State Farm - term life insurance policy Market value: $0.00 Face amount: $250,000.00: Rachael Purl | 0.00 | 0.00 | | 0.00 | FA |
| 20 | State Farm - term life insurance policy Market value: $0.00 Face amount: $500,000.00: Bradley Purl via the Rachael Purl Living Trust | 0.00 | 0.00 | | 0.00 | FA |
| **20** | **Assets Totals (Excluding unknown values)** | **$1,012,563.00** | **$21,266.00** | | **$20,000.00** | **$70,000.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** 06/29/2018     **Current Projected Date Of Final Report (TFR):** 06/29/2018 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

**Form 2**

Exhibit 9
Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 17-17177 | Trustee Name: | David R. Brown (330580) |
|---|---|---|---|
| Case Name: | PURL, BRADLEY J. / PURL, RACHAEL | Bank Name: | Rabobank, N.A. |
| | | Account #: | ******0500 Checking |
| Taxpayer ID #: | **-***7288 | Blanket Bond (per case limit): | $77,173,558.00 |
| For Period Ending: | 11/16/2018 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/20/17 | {2} | Bradley J Purl | Purchase Debtor equity for 20k - First installment | 1110-000 | 10,000.00 | | 10,000.00 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 9,990.00 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 13.88 | 9,976.12 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 15.78 | 9,960.34 |
| 02/13/18 | 101 | INTERNATIONAL SURETIES, LTD. | BOND # 016073584 | 2300-000 | | 4.00 | 9,956.34 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 13.36 | 9,942.98 |
| 03/05/18 | {2} | Rachael Purl | February payment | 1110-000 | 2,500.00 | | 12,442.98 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 17.17 | 12,425.81 |
| 04/05/18 | {2} | Rachael Purl | Third of five payments | 1110-000 | 2,500.00 | | 14,925.81 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 19.91 | 14,905.90 |
| 05/09/18 | {2} | Rachael C Purl | 3rd of 4 installments for equity in real estate | 1110-000 | 2,500.00 | | 17,405.90 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 26.10 | 17,379.80 |
| 06/07/18 | {2} | Rachael S Purl | final installment on purchase of equity in condo | 1110-000 | 2,500.00 | | 19,879.80 |
| 09/10/18 | 102 | David R. Brown | Distribution payment - Dividend paid at 100.00% of $2,750.00; Claim # TR COMP; Filed: $2,750.00 | 2100-000 | | 2,750.00 | 17,129.80 |
| 09/10/18 | 103 | SPRINGER BROWN, LLC | Distribution payment - Dividend paid at 100.00% of $1,727.50; Claim # ; Filed: $1,727.50 | 3110-000 | | 1,727.50 | 15,402.30 |
| 09/10/18 | 104 | Discover Bank Discover Products Inc | Distribution payment - Dividend paid at 1.09% of $14,643.72; Claim # 1; Filed: $14,643.72 | 7100-000 | | 160.29 | 15,242.01 |
| 09/10/18 | 105 | Old Second National Bank | Distribution payment - Dividend paid at 1.09% of $1,392,443.44; Claim # 2; Filed: $1,392,443.44 | 7100-000 | | 15,242.01 | 0.00 |
| | | **COLUMN TOTALS** | | | 20,000.00 | 20,000.00 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 20,000.00 | 20,000.00 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $20,000.00 | $20,000.00 | |

*{ } Asset Reference(s)*   UST Form 101-7-TDR ( 10 /1/2010)   *! - transaction has not been cleared*

**Form 2**

Exhibit 9

Page: 2

# Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 17-17177 | **Trustee Name:** | David R. Brown (330580) | |
| **Case Name:** | PURL, BRADLEY J. PURL, RACHAEL | **Bank Name:** | Rabobank, N.A. | |
| **Taxpayer ID #:** | **-***7288 | **Account #:** | ******0500 Checking | |
| **For Period Ending:** | 11/16/2018 | **Blanket Bond (per case limit):** | $77,173,558.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******0500 Checking | $20,000.00 | $20,000.00 | $0.00 |
| | $20,000.00 | $20,000.00 | $0.00 |

UST Form 101-7-TDR (10 /1/2010)